UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EUSEVIO SANTOS CORDOBA,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No. 1:26-cv-05439-DAD-SCR

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS

On June 24, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus be granted and that petitioner be immediately released. (Doc. No. 11.) On July 14, 2026, the court adopted those findings and recommendations in part, but declined the magistrate judge's recommendation to join five petitioners in a single action. (Doc. No. 12.) Accordingly, the court severed this action. (*Id.* at 4.) The court, however, in that order granted the lead petition of petitioner Felipe Hernandez Lucas and found that the reasoning it applied in reaching that determination applied with equal force to the petitioner in this action. (*Id.* at 3.) Accordingly, the court will grant petitioner's petition for writ of habeas corpus for the same reasons it previously granted relief to petitioner Lucas.

/////

/////

For the reasons explained above and in the order granting habeas relief in *Felipe Hernandez Lucas v. Christopher Chestnut, et al.*, 1:26-cv-03630-DAD-SCR (HC), Doc. No. 12,

1. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is GRANTED as follows:
   a. Respondents are ORDERED to immediately release petitioner Eusevio Santos Cordoba, A-File No. 222-557-087, from respondents' custody;
   b. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner unless they provide petitioner with notice and a pre-detention hearing before an immigration judge, at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;
2. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and
3. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **July 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE